**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Lauren M., Tyrone J. and Catawba Indian Nation,
Defendants,

Of whom Lauren M. is the Appellant.

In the interest of a minor child under the age of 18 years.

Appellate Case No. 2012-213720

---

Appeal From Aiken County
Dale Moore Gable, Family Court Judge

---

Unpublished Opinion No. 2013-UP-367
Submitted September 3, 2013 – Filed September 30, 2013

---

**AFFIRMED**

---

Dorothy Holley Hogg, of Fulcher Hagler, LLP, of
Augusta, Georgia, for Appellant.

Amanda Frances Whittle, of Aiken, for Respondent.

Amy Patterson Shumpert, of Nance McCants & Massey, of Aiken, for Guardian ad Litem.

**PER CURIAM:** Lauren M. (Mother) appeals the family court's permanency planning order, which denied the Department of Social Services' motion to change the permanent plan from terminating Mother's parental rights to placing her minor daughter (Child) in the custody of Child's maternal grandmother. *See* S.C. Code Ann. § 63-7-1700 (Supp. 2012). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**SHORT, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.